UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LADARIEN DARNELL MCWHORTER,

    Petitioner,

v.                                                           4:21cv10–WS/MJF

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF FLORIDA,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed June 24, 2022. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 23) to the magistrate judge's report and recommendation.

    The undersigned has reviewed the record in light of Petitioner's objections but finds no basis upon which to reject the magistrate judge's report and recommendation. The undersigned agrees that Petitioner has failed to demonstrate

that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is ADOPTED and incorporated by reference into this order.

2. The amended petition for writ of habeas corpus (ECF No. 5), challenging the judgment of conviction and sentence in *State of Florida v. Ladarien McWhorter*, Leon County Circuit Court Case No. 2012–CF–2221, is DENIED.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this 29th day of August, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE